**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**GUY C. MANNINO** **PETITIONER**
**Reg. No. 21960-075**

**v.** **CASE NO. 2:26-CV-00003-BSM**

**C. HUMPHREY** **RESPONDENT**

**ORDER**

Magistrate Judge Benecia B. Moore's recommended disposition [Doc. No. 17] is adopted and Guy Mannino's claims are dismissed as moot. Mannino's claims are dismissed without prejudice and the clerk is directed to close this case.

IT IS SO ORDERED this 30th day of September, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE