**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**GUY C. MANNINO** **PETITIONER**
**Reg. No. 21960-075**

**v.** **CASE NO. 2:26-CV-00003-BSM**

**C. HUMPHREY** **RESPONDENT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of September, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE